IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHAN WARREN FISK McCLURE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAC SIM DETENION CENTER, et al., )<br>)<br>Defendants. ) | CASE NO. 2:23-CV-702-RAH-KFP |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 9, 2024. (Doc. 7.) There being no timely objections filed to the Recommendation, and after an independent review of the file, it is ORDERED that:

1. The Recommendation (Doc. 7) is ADOPTED.

2. Plaintiff's claims against the Mac Sim Detention Center are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1).

3. The Mac Sim Detention Center is TERMINATED as a party.

4. Plaintiff's allegations of verbal abuse and access to television are DISMISSED with prejudice prior to service under 28 U.S.C. § 1915A(b)(1).

This case is not closed and is referred to the United States Magistrate Judge for further proceedings on Plaintiff's remaining claims against the remaining defendants.

DONE, on this the 12th day of March 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE